**Order entered May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01496-CR

**ZACHERY LEATCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-51448-R**

## ORDER

The record before this Court does not contain a copy of the trial court's order appointing counsel. On March 11, 2015, this Court ordered appellate counsel Kathleen Walsh, who fled a motion to withdraw as counsel and an *Anders* brief, to ensure that the Dallas County District Clerk has a copy of the order appointing counsel. We further ordered Dallas County District Clerk Felicia Pitre to file a supplemental record containing the order appointing counsel within fifteen days. To date, we have not received the supplemental record nor any correspondence from either Ms. Walsh or Ms. Pitre regarding the status of the record.

Accordingly, we **ORDER** Kathleen Walsh to ensure the Dallas County District Clerk has a copy of the order appointing the Dallas County Public Defender's Office as counsel. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, within **TEN DAYS** of the date of

this order, a supplemental record containing the order appointing the Dallas County Public Defender's Office as counsel for appellant on this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Kathleen Walsh, Dallas County Public Defender's Office; Felicia Pitre, Dallas County District Clerk; and the Dallas County District Attorney's Office.

/s/     LANA MYERS
        JUSTICE